# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1938
LT Case No. 2019-CA-000291

_____

ROSS EVANS,

    Appellant,

    v.

CHRIS HOWARD,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Christopher A. France, Judge.

Ross Evans, St. Augustine, pro se.

Timothy J. Conner, of Conner Law, P.A., Palm Coast, for
Appellee.

February 20, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and JAY and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____